**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

|  |  |
|---|---|
| TARA RHODES and ANN CANCELLO, *on behalf of themselves and those similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>PRIVILEGE UNDERWRITERS, INC. d/b/a PURE INSURANCE,<br><br>Defendant. | Civil Action No.: 25-cv-06885 |

## ~~[PROPOSED]~~ RULE 68 JUDGMENT

WHEREAS pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Privilege Underwriters, Inc. d/b/a Pure Insurance  "Defendant"), offered to allow Plaintiffs Tara Rhodes and Ann Cancello ("Plaintiffs") to take a judgment against it, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00), with respect to Plaintiffs' claims for relief, damages, fees, costs, and expenses, in accordance with the terms and conditions of Defendant's Rule 68 Offer, dated April 16, 2026 ("Offer of Judgment"), and filed as Exhibit A to ECF Docket Number 28;

WHEREAS, on April 30, 2026, Plaintiffs' attorney confirmed Plaintiffs' acceptance of Defendant's Offer of Judgment (ECF Dkt. No. 28); and

It is ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs Tara Rhodes and Ann Cancello, in the sum of in the sum of Twenty Thousand Dollars and No Cents ($20,000.00), in accordance with the terms and conditions of Defendant's Rule 68 Offer, dated April 16, 2026, and filed as Exhibit A to Docket Number ~~28~~ 29. This action is thus DISMISSED on the terms set forth in the accepted Offer of Judgment.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 5, 2026
White Plains, New York

2